PENNSYLVANIA STATE POLICE, Appellant

v.

FRATERNAL ORDER OF POLICE— LCB LODGES (Leo Sean WEAVER), Appellee.

Supreme Court of Pennsylvania.

Argued Dec. 3, 2003.

Decided Dec. 23, 2003.

UNIONTOWN NEWSPAPERS, INC., t/d/b/a the Herald–Standard, a Corporation, and Paul Sunyak, an Individual, Appellants,

v.

Lawrence ROBERTS, in his Capacity as a Member of the General Assembly of Pennsylvania, Appellee.

Supreme Court of Pennsylvania.

Argued May 15, 2003.
Decided Dec. 24, 2003.

Barbara L. Christie, Joanna Reynolds, Harrisburg, for PA State Police, appellant.

Gary M. Lightman, Harrisburg, for Fraternal Order of Police—LCB Lodges (Leo Sean Weaver), appellee.

Before: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and LAMB, JJ.

### ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.